```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  Hall of Justice
    813 Sixth Street, Suite 450
 5  Sacramento, CA  95814
    Telephone: (916) 441-0824
 6
    Attorneys for Defendant
 7  RYAN HORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYAN HORA,<br><br>　　　　Defendant. | Case No.: CR.S-02-532 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE AND VACATING HEARING |
|---|---|

　　　On November 21, 2006, defendant Ryan Hora, through his attorneys, Blackmon & Associates, filed a motion to modify the conditions of supervised release.  In June 2006, following completion of his prison term, Mr. Hora was placed on supervised release.  The existing conditions of supervised release permit Mr. Hora to travel within the Northern District of California only.  Due to Mr. Hora's desire to continue his education at the University of California, Davis and to his employment related responsibilities, Mr. Hora filed a motion pursuant to 18 U.S.C. section 2583(e), seeking to modify the conditions of supervised release to allow him to travel within both the Northern and

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1 Eastern Districts of California.  Upon filing of the motion, a
2 hearing was set for January 3, 2007 at 9:00 a.m.
3      On November 22, 2006 the government, through its counsel,
4 Assistant United States Attorney Camil Skipper, filed a
5 statement of non-opposition to Mr. Hora's motion.  In its
6 statement of non-opposition, the government indicated it has no
7 objection to the proposed modifications to Mr. Hora's conditions
8 of supervised release.  The government also indicated that it
9 would have stipulated to the proposed modifications and had no
10 objection to vacating the hearing scheduled for January 3, 2007.
11      Due to the fact that the parties agree to the proposed
12 modifications and to avoid the inconvenience of an unnecessary
13 hearing on the matter, the parties hereby stipulate that Mr.
14 Hora's conditions of supervised release should be modified to
15 allow him to travel freely in both the Northern and Eastern
16 Districts of California.  The parties agree to vacate the
17 scheduled hearing on January 3, 2007.  Subject to the Court's
18 approval, the parties further stipulate to the terms of the
19 Proposed Order Modifying Conditions of Supervised Release,
20 attached hereto.
21      **IT IS SO STIPULATED.**
22 DATED: _____          //s// Emily E. Doringer for
23                               ___Camil A. Skipper_____
                                  CAMIL A. SKIPPER
24                                Assistant United States Attorney
25
26 DATED: _____          //s// Emily E. Doringer_____
                                  EMILY E. DORINGER
27                                Attorney for Defendant
                                  Ryan Hora
28

- 2 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
CONDITIONS OF SUPERVISED RELEASE AND VACATING HEARING

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER MODIFYING CONDITIONS
OF SUPERVISED RELEASE AND VACATING HEARING**

GOOD CAUSE APPEARING and for the reasons set forth in the above stipulation entered into by both parties, the hearing set for January 3, 2007 is hereby vacated and the Court further orders that the conditions of Mr. Hora's supervised release be modified to allow Mr. Hora to travel freely within both the Northern and Eastern Districts of California.

**IT IS SO ORDERED.**

DATED:   December 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com