BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

Attorneys for Defendant,
RYAN MICHAEL HORA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYAN MICHAEL HORA,<br><br>　　　　Defendant. | Case No.: CR.S-02-532 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING TERMS OF SUPERVISED RELEASE AND VACATING HEARING<br><br>Date:  May 19, 2008<br>Time:  8:30 a.m.<br>Ctrm:  5 (WBS) |

　　IT IS HEREBY STIPULATED by Ryan M. Hora, through his counsel Blackmon & Associates, and the United States of America, through its counsel Assistant United States Attorney Ellen V. Endrizzi, that Mr. Hora's terms of supervised release be modified as set forth herein.  This stipulation is based on the points and authorities raised in Mr. Hora's motion to terminate supervised release, on 18 U.S.C. section 3583(e) and on the factors set forth in 18 U.S.C. section 3553(a).

　　The parties further agree to vacate the scheduled hearing on May 19, 2008 at 8:30 a.m.  Subject to the Court's approval,

the parties stipulate to the following terms, as set forth below and in the proposed order attached hereto:

1. Mr. Hora shall be granted permission to conduct all necessary employment-related travel, both within the United States and internationally, so long as he communicates all pertinent information requested by the United States Probation Office concerning the dates, times, locations and purpose of such travel, as well as any other travel-related information reasonably requested by his probation officer.

2. Mr. Hora shall continue his treatment with Dr. Kathleen Longwell, but shall be required to participate in sessions with Dr. Longwell once every 6-8 weeks for the duration of his term of supervised release.

DATED: May 15, 2008                     Respectfully submitted,

                                        BLACKMON & ASSOCIATES


                                   By:  _/s/ Emily E. Doringer___
                                        EMILY E. DORINGER
                                        Blackmon & Associates
                                        Attorneys for Ryan M. Hora


DATED: May 15, 2008                     Respectfully submitted,

                                        United States Attorney's
                                        Office, Eastern District of
                                        California


                                   By:  _/s/ Ellen Endrizzi___
                                        ELLEN V. ENDRIZZI
                                        Assistant United States
                                        Attorney

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED THAT THE DEFENDANT'S TERMS OF SUPERVISED RELEASE BE MODIFIED TO INCLUDE THE FOLLOWING PROVISIONS:

1. The defendant is hereby granted permission to conduct all necessary employment-related travel, both within the United States and internationally, so long as he communicates all pertinent information requested by the United States Probation Office concerning the dates, times, locations and purpose of such travel, as well as any other travel-related information reasonably requested by his probation officer.
2. The defendant shall continue his treatment with Kathleen Longwell, Ph.D., however he shall be required to participate in sessions with Dr. Longwell once every 6-8 weeks for the duration of the term of supervised release.

The scheduled hearing on May 19, 2008 is hereby vacated.

IT IS SO ORDERED.

DATED:  May 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING TERMS OF SUPERVISED RELEASE AND VACATING HEARING